No. 99–248. LOYD ET AL. *v.* ALABAMA DEPARTMENT OF COR-
RECTIONS ET AL. C. A. 11th Cir. Certiorari denied. ■

No. 99–412. LOUISVILLE COUNTRY CLUB ET AL. *v.* WATTS,
EXECUTIVE DIRECTOR, KENTUCKY COMMISSION ON HUMAN
RIGHTS, ET AL. C. A. 6th Cir. Certiorari denied. ■

No. 99–419. GEORGIA POWER CO. *v.* NATIONAL LABOR RELA-
TIONS BOARD ET AL. C. A. 11th Cir. Certiorari denied. ■

No. 99–446. HINDI ET AL. *v.* TOSCO CORP. ET AL.; and
No. 99–551. SIMMONS ET AL. *v.* UNOCAL CORP. ET AL. C. A.
9th Cir. Certiorari denied. Reported below: 177 F. 3d 755 and
187 F. 3d 648.

No. 99–461. WASHINGTON METROPOLITAN AREA TRANSIT
AUTHORITY *v.* SWANKS. C. A. D. C. Cir. Certiorari denied.

No. 99–465. CITY OF WESTMINSTER ET AL. *v.* HERR ET AL.;
and
No. 99–650. DAVIS, RENO & COURTNEY *v.* CITY OF WESTMIN-
STER ET AL. C. A. 9th Cir. Certiorari denied. Reported below:
177 F. 3d 839.

No. 99–532. SLICK ET AL. *v.* MCINTOSH. Sup. Ct. Ohio. Cer-
tiorari denied. ■

No. 99–612. WYSONG LASER CO., INC., ET AL. *v.* VIDIMOS, INC.
C. A. 7th Cir. Certiorari denied. ■

No. 99–615. PERINI CORP. *v.* CITY OF NEW YORK. C. A. 2d
Cir. Certiorari denied. ■

No. 99–617. NEO GEN SCREENING, INC. *v.* NEW ENGLAND
NEWBORN SCREENING PROGRAM, UNIVERSITY OF MASSACHU-
SETTS, ET AL. C. A. 1st Cir. Certiorari denied. ■

No. 99–624. CORSINI *v.* U-HAUL INTERNATIONAL, INC., ET AL.
App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. ■